[No. 12253-7-II.   Division Two.   January 30, 1990.]

IL SUN LAMBERT, *Appellant,* v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-01869-2, Daniel J. Berschauer, J., entered August 11, 1988. *Affirmed* by unpublished opinion

per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.